UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY,<br><br>Defendant. | Civ. Action No.: 24-cv-04442-PAE<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys of record, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above-captioned action is dismissed, without prejudice, pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii) with each party to bear their own costs.

**IT IS FURTHER STIPULATED AND AGREED**, that facsimile or photocopied signatures shall for purposes of this stipulation be deemed the same as original signatures and that this stipulation may be executed in counterparts and filed with the Clerk of the Court without further notice.

Dated: New York, New York
February 26, 2025

| | |
|---|---|
| COUGHLIN MIDLIGE & GARLAND LLP<br><br>By: _____<br>Adam M. Smith, Esq.<br>Noah M. Wiesner, Esq.<br>Wall Street Plaza<br>88 Pine Street, 28th Floor<br>New York, New York 10005<br>*Attorneys for Plaintiff,*<br>*Zurich American Insurance Company* | L'ABBATE, BALKAN, COLAVITA & CONTINI, LLP<br><br>By: _____<br>John D. McKenna, Esq.<br>Bethany A. Gartner, Esq.<br>3 Huntington Quadrangle, Suite 102S<br>Melville, New York 11747<br>*Attorneys for Defendant,*<br>*American Empire Surplus Lines*<br>*Insurance Company* |

3235253

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 3, 2025
   New York, New York